

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*2604 Jefferson Davis Highway*

---

*Alexandria, VA 22301*
AUG 1 9 2013

**CERTIFIED MAIL #** 7012 0470 0000 5407 0454

Cedric J. Smith, Sr.
c/o Patricia Holiday
917 7th Street
Rock Island, IL 61201

**Re: Administrative Tort Claim**

Dear Mr. Smith:

This responds to the administrative tort claim you filed with the U.S. Marshals Service (USMS) in the amount of $195,000.00. The claim arises from injuries you purportedly suffered on January 18, 2013, when you allegedly fell off a "broken stool" in the U.S. District Courthouse in Rock Island, Illinois.

The applicable provisions of the Federal Tort Claims Act (FTCA) [28 U.S.C. §§ 1346(b), 2401(b), 2671, et seq.] provide for the payment of claims which arise from the negligent or wrongful acts or omissions of an employee of the Federal Government while acting within the scope of his or her employment.

Our review of the circumstances surrounding your claim has disclosed no evidence of negligence or wrongful acts on the part of any USMS employee. Specifically, we have no record, nor have you provided any evidence to substantiate, that you fell or that the stool was broken. Moreover, you have failed to show that your claimed medical condition was caused in any manner by the USMS.

Accordingly, your administrative tort claim in the amount of $195,000.00 against the United States is denied. If you are dissatisfied with our determination, suit may be filed in the appropriate U.S. District Court not later than six months after the date of the mailing of this notice of final denial.

Sincerely,

Gerald M. Auerbach
General Counsel

| | | | |
|---|---|---|---|
| **CLAIM FOR DAMAGE, INJURY, OR DEATH** | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
| 1. Submit To Appropriate Federal Agency: Southern District of Illinois United States Marshals Office U.S. Courthouse 750 Missouri Avenue Room 127 East St. Louis, Illinois 62201 | | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) Patricia Holiday for Cedric J. Smith, Sr. 917 7th St. Rock Island, IL 61201 | |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN N/A | 4. DATE OF BIRTH 11/27/52 | 5. MARITAL STATUS Married | 6. DATE AND DAY OF ACCIDENT 1/18/2013 - Friday | 7. TIME (A.M. OR P.M) 0830 A.M. - 1030 A.M. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.) Approximately between 0830 and 1030 A.M., while in the Federal Courthouse conference room with George Taseff, Inmate attorney, Inmate fell backward off a broken stool and struck the back of his head. Inmate stood and was reseated and continued to speak with his attorney. As a result of that injury, Inmate begin to experience a severe stroke. Upon transit to the county detention, Inmate entered the jail intake area and was immediately approached by Officer Baker, who informed him he was suffering a stroke. Officer Baker escorted Inmate to the nursing attendant. The nurse performed certain clinical test for motor function and took Inmate's vitals. Inmate blood (SEE ATTACHMENT)

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT Fell from broken stool at U.S. Courthouse and struck rear of head against concrete floor. Thereupon, damaged cerebrum and developed ongoing chronic conditions as follow: Paralysis to left side leg and arm, moderate to severe speech impediment, cognitive memory problems, and severe to mild headaches and pain spasms to left hip. These injuries took place under the custody and care of the United States Marshal's Office.

11. **WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Mark F. Buettner, DO *Zafar Khan, PA Muddasir Ashraf, MD *Jay Pearson, MD Michael L. Cullen, MD * J. St.Amant, PhD Anthony H. Kwan, MD * D. Douglas, PA-C | IHS Quad Cities Rock Island* MCFP Springfield 2701 17th Street * P.O. Box 4000 Rock Island, IL 61201-5393 * Springfield, MO 65801 |

12. (See instructions on reverse) **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY $195,000.00 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $195,000.00 |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Cedric J. Smith, Sr---------- *Cedric J. Smith* | 13b. Phone number of signatory (309) 230-1422 | 14. DATE OF CLAIM 6/18/2013 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.) |

95-108    NSN 7540-00-634-4046    STANDARD FORM 95 (Rev. 7-85)
Previous editions not usable    PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

ATTACHMENT TO STANDARD FORM 95, FTCA, Claim For Damage, Injury, Or Death by Cedric J. Smith, Sr. U.S. Marshal's Number 18463-026

Continued: pressure registered 200/185 and motor function on his left side were not normal. Immediately two transit officers escorted Inmate to the hospital emergency room at IHS Quad Cities Rock Island, 2701 17th St. Rock Island, IL. 61201-5393. The above stated information is true and correct under penalty of perjury in 28 U.S.C. § 1746 as sworn to by this Inmate, Cedric J. Smith, Sr. and a true of pertinent medical records accompany this claims form. Dr. Mark F. Buettner, DO was treating physician.

Executed___day of 18 June 2013

*Cedric J Smith SR* (signature)
Cedric J. Smith, Sr.
Reg. No. 18463-026