UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Cedric Smith<br>Plaintiff,<br><br>v.<br><br>United States of America<br>Defendants. | 14-CV-4009 |

### FIRST AMENDED COMPLAINT

### Introduction

This is an action to recover damages, attorneys' fees and costs that Plaintiff Cedric J. Smith ("Smith") incurred as a result of the negligent conduct of Defendant, the United States of America ("the United States").

The United States and its personnel have negligently failed to maintain its premises and failed to properly supervise the transfer of Smith while he was in its custody, resulting in injuries to Smith.

### Jurisdiction and Venue

1. Smith is a citizen and resident of the State of Illinois.

2. Smith is seeking relief under the Federal Tort Claims Act, 28 U.S.C. §2671 et seq., for money damages as compensation for his personal injuries that were caused by the negligent acts and omissions of employees of the United States Government while acting within the scope of their offices and employment, under circumstances where the United States, if a private person, would be liable to Smith in accordance with the laws of the State of Illinois.

1

3. This court has original jurisdiction of the action pursuant to 28 U.S.C. § 1331 and §1346(b).

4. Venue of this action in the United States District Court for the Central District of Illinois is proper pursuant to 28 U.S.C. §1391(b), because all or a substantial part of the acts and omissions forming the basis of this claim occurred within the Central District of Illinois.

5. Smith has fully complied with the provisions of the Federal Tort Claims Act pursuant to 28 U.S.C. §2671 et seq. and with the provisions of the Prison Litigation Reform Act, 42 U.S.C. §1997(e)(a), because Smith's claim was filed with the U.S. Marshals Service on or around June 18, 2013, and on or about August 19, 2013, the Office of the General Counsel notified Smith that his administrative tort claim was denied. Therefore, Smith has exhausted his administrative remedies pursuant to 28 U.S.C. §2671 et seq. and 42 U.S.C. §1997(e)(a).

### Facts

6. On January 18, 2013, between 8:30 a.m. and 10:30 a.m., Smith was present at the United States District Court, Central District of Illinois, Rock Island Division.

7. Smith was in the custody of the United States during that time period.

8. During that time period, Smith was restrained by handcuffs and leg restraints.

9. On January 18, 2013, Smith was a 61-year-old man who had difficulty walking on his own.

10. Smith's appointed federal defender, George Taseff ("Taseff"), requested to speak to Smith in the lock-up conference room at the aforementioned U.S. District Court that is used for conferences between inmates and their attorneys. A screen divided that room into two parts.

11. Personnel of the United States took Smith to the lock-up conference room, and led him to a seat in front of the screen. The seat was connected to the wall above a raised pedestal. The seat could be swung away from the wall. The seat did not have any back support.

12. Smith moved the seat away from the wall and sat on it.

13. When Smith sat down, the seat tilted backwards, causing him to fall off the seat and strike his head on the floor.

14. Taseff immediately summoned a U.S. Marshal to assist Smith.

15. Personnel of the United States then transported Smith back to the Rock Island County Jail, where he was held while he awaited trial.

16. During the afternoon of January 18, 2013, an officer at the Rock Island County Jail told Smith that Smith's face indicated symptoms of a stroke and that his speech was slurred.

17. That officer took Smith to the jail's nurse, who took his blood pressure.

18. Because Smith's blood pressure was high, jail personnel took him to the hospital.

19. At the hospital, the doctors advised Smith that their tests showed that he had suffered a stroke.

20. Smith's left side was significantly weakened as a result of said stroke.

21. Smith was unable to walk on his own after the stroke. He was confined to a walker or a wheelchair for several months.

22. Since January 18, 2013, Smith has suffered cognitive memory problems, slurred speech, severe headaches, and pain spasms in his left hip.

23. On, prior, and subsequent to January 18, 2013, Smith was in the custody of the United States.

24. The United States, by and through its agents and employees, had a duty to exercise reasonable care for Smith's safety.

25. The United States committed one or more of the following negligent acts or omissions:

   a) Failed to provide Smith with reasonably safe premises;

   b) Failed to maintain the seat in a reasonably safe condition for use;

   c) Failed to properly supervise the transfer of Smith to the lock-up; and

   d) Failed to provide adequate personnel to properly transfer and assist Smith.

26. As a direct and proximate result of one or more of the foregoing negligent acts or omissions, Smith sustained the following injuries:

   a) Stroke;

   b) Weakened left side;

   c) Inability to walk unassisted;

   d) Cognitive memory loss;

   e) Chronic severe headaches;

   f) Pain in left hip; and

   g) Other injuries that will be proven at trial.

27. As a further direct and proximate result of one or more of the foregoing negligent acts or omissions, Smith has incurred, and will incur, for an indefinite time in the future, medical expenses and obligations in amounts to be proven at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Smith respectfully demands judgment against the United States in an amount to be proven at trial, the costs of this action, pre- and post-judgment interest, punitive damages, attorneys' fees, and all other relief which is just and proper.

Dated: July 22, 2014

Respectfully submitted,

Lee Abrams
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
Telephone: (312) 701-7083
Fax: (312) 706-8601
Email: labrams@mayerbrown.com

# CERTIFICATE OF SERVICE

I certify that on the 22nd day of July, 2014, I served the **FIRST AMENDED COMPLAINT** by UPS Delivery, as well as by facsimile, to counsel identified below:

>Attorneys for Defendant United States
>U.S. Attorney's Office, Central District of Illinois
>One Technology Plaza
>211 Fulton Street, Suite 400
>Peoria, IL 61602
>Fax: (309) 671-7259
>
>By: *Lee N. Abrams*
>Lee Abrams
>MAYER BROWN LLP
>71 S. Wacker Dr.
>Chicago, IL 60606
>Telephone: (312) 701-7083
>Fax: (312) 706-8601
>Email: labrams@mayerbrown.com