# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **CEDRIC J. SMITH,**<br><br>      Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>      Defendant. | Civ. No. 14-4009<br><br>Hon. Harold A. Baker |

## AMENDED CASE MANAGEMENT ORDER

Upon consideration of the parties' Joint Motion to Amend Case Management Order, the Court finds that pursuant to Federal Rule of Civil Procedure 16(b)(4) there is good cause for modifying the current discovery schedule. Accordingly, the Court enters the following revised discovery schedule:

1. All fact discovery shall be completed by October 12, 2015.

2. The plaintiff shall disclose experts and provide Rule 26(a)(2)(B) expert reports no later than September 14, 2015. The plaintiff shall make its experts available for depositions no later than October 12, 2015.

3. The defendant shall disclose experts and provide Rule 26(a)(2)(B) expert reports no later than November 2, 2015. The defendants shall make its experts available for depositions no later than November 30, 2015.

4. The deadline for filing case dispositive motions is January 4, 2016. Responses and replies shall be filed in accordance with this Court's Local Rules.

5.. The final pretrial conference is reset for April 7, 2016 at 1:30 PM. The final pretrial may be held by video conference if the parties so desire. Pursuant to Local Rule

16.1(E)(4), the parties are directed to e-file a joint propposed final pretrial order no later than seven (7) days prior to the final pretrial conference.

      6.      The bench trial is reset for April 21, 2016 at 9:00 AM.  The Court will consider holding the bench trial by video conference and will make such a decision at a later date.

ENTERED this 27th day of May, 2015

/s/ Harold A. Baker

_____
HAROLD A. BAKER
United States District Judge