E-FILED
Monday, 13 July, 2015  01:45:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CEDRIC J. SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Civ. No. 14-4009<br><br>Hon. Harold A. Baker |

## ORDER

Upon consideration of Plaintiff's Motion for Release and Transportation of Plaintiff for Examination by Expert Witness, the Court orders as follows:

1.    The United States Marshals Service shall transport Plaintiff to the office of Dr. Joseph L. Zerga III, 1780 Nicholasville Rd., Lexington, Kentucky, 40503, for the purpose of allowing Dr. Zerga to conduct a medical examination of Plaintiff.

2.    Plaintiff's counsel shall arrange for Plaintiff's examination and shall set the appointment date and time with Dr. Zerga's office. Plaintiff's counsel shall provide the United States Marshals Service notice of Plaintiff's appointment at least fourteen (14) days in advance thereof. The United States Marshals Service shall make all reasonable efforts to ensure that Plaintiff is expeditiously transported to Dr. Zerga's office for examination on this date.

3.    The Federal Bureau of Prisons shall cooperate with the United States Marshals Service to ensure that Plaintiff is timely and expeditiously released to the latter's custody for transportation to Dr. Zerga's office on the date and at the time identified by the United States Marshals Service and Plaintiff's counsel. Upon completion of Plaintiff's medical examination,

Plaintiff shall be immediately returned to the custody of the Federal Bureau of Prisons at FMC Lexington.

        ENTERED this 13th day of July, 2015.

        /s/ Harold A. Baker
    _____
        HAROLD A. BAKER
      United States District Court

## CERTIFICATE OF SERVICE

      I certify that on June 24, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of Illinois, by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served via electronic mail by the CM/ECF system.

                                                /s/ *Samuel P. Myler*
                                                Samuel P. Myler
                                                Attorney for Plaintiff